**Abatement Order filed August 26, 2021.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-20-00850-CV**

**IN RE JLG INDUSTRIES, INC. AND OSHKOSH CORPORATION,**
**Relators**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 94538-CV**

## ABATEMENT ORDER

On March 5, 2021, the parties to this original proceeding notified the Court that the parties had reached a settlement. On August 11, 2021, the Court requested that the parties advise the Court of the status. Both parties responded on August 23, 2021, and indicated that settlement efforts are on-going. Accordingly, we issue the following order.

This original proceeding is abated, treated as a closed proceeding, and removed from this Court's active docket until November 1, 2021. The original proceeding will be reinstated on this Court's active docket at that time, or when the parties file a motion to dismiss the petition for writ of mandamus. The Court will also consider an appropriate motion to reinstate the original proceeding filed by any party, or the Court may reinstate the original proceeding on its own motion.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Poissant.